**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 15-1748**

_____

ZULFIQAR KAHN,

        Plaintiff – Appellant,

     v.

FEDEX OFFICE AND PRINT SERVICES, INC.,

        Defendant – Appellee,

     and

FEDEX CORPORATION,

        Defendant.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Claude M. Hilton, Senior District Judge. (1:14-cv-00561-GBL-IDD)

_____

Submitted: November 30, 2015      Decided: January 13, 2016

_____

Before DUNCAN, THACKER, and HARRIS, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Zulfiqar Kahn, Appellant Pro Se. John Byron Flood, Joleen Okun, OGLETREE DEAKINS NASH SMOAK & STEWART, PC, Washington, D.C., for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Zulfiqar Kahn appeals the district court's order granting summary judgment to FedEx Office & Print Services, Inc., in his civil action under Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e to 2000e-17 (2012). As the district court ruled, Kahn failed to administratively exhaust his retaliation claim by properly raising it with the Equal Employment Opportunity Commission. See Balas v. Huntington Ingalls Indus., Inc., 711 F.3d 401, 406-09 (4th Cir. 2013). The court correctly held that Kahn did not state a claim sufficient to withstand summary judgment on his claims of discrimination based on national origin and religion. His claims of procedural irregularities in the district court entitle him to no relief. Accordingly, we affirm for the reasons stated by the district court. Kahn v. FedEx Corporation, No. 1:14-cv-00561-GBL-IDD (E.D. Va. May 29, 2015).

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before us and argument would not aid the decisional process.

AFFIRMED